JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERWOOD AVIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HESPERIA, et al., <br><br> Defendants. | Case No. 5:20-CV-00185-AB (SPx) <br><br> **ORDER DISMISSING CIVIL ACTION IN ITS ENTIRETY AND VACATING ALL DEADLINES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED with prejudice** in its entirety against all Defendants.  As such, all pending dates and deadlines are **VACATED.**

Dated:  October 28, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.